# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| SHARON HORNER<br><br>Plaintiff-Appellant<br><br>vs.<br><br>Commissioner, Social Security Administration<br><br>Defendant-Appellee | 1:13-cv-01327-JE<br><br>ORDER GRANTING PLAINTIFF-APPELLANT'S PETITION FOR ATTORNEY'S FEES |

This matter having come before the Court on Plaintiff-Appellant's Petition for Attorney's Fees under the Equal Access to Justice Act and the Court having considered the Commissioners objection it is hereby ORDERED that the Plaintiff-Appellant is granted a judgement of Attorney's Fees in the amount of $2958.77 for total hours and fees pre-petition and $561.06 for three additional hours for petition preparation for a total of $3,519.83 pursuant to 28 U.S.C. §2412.  The award shall be made payable to Plaintiff and mailed care of her counsel to 230 Main Street, Klamath Falls, Oregon 97601.

IT IS SO ORDERED this 24th day of October, 2016.

          /s/ John Jelderks
John Jelderks
U.S. Magistrate Judge